UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS RYAN DE PALO,

    Plaintiff,

v.                                                          Case No: 8:12-cv-91-T-30TGW

BAYVIEW SHOPPING PLAZA, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff's Motion to Re-Open Case, Motion to Enforce Settlement Agreement, and Motion for Attorneys' Fees (Dkt. #15). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Re-Open Case, Motion to Enforce Settlement Agreement, and Motion for Attorneys' Fees (Dkt. #15) is GRANTED in part.

2. The Court's Order of Dismissal (Dkt. #14) is VACATED.

3. The Clerk is directed to re-open this case.

4. Plaintiff shall proceed with the prosecution of this action.

5. An A.D.A. Status Conference will be held before the undersigned on WEDNESDAY, FEBRUARY 6, 2013, at 9:00 A.M. in Courtroom #13A, U. S. Sam

Gibbons Courthouse, 801 North Florida Avenue, Tampa, FL 33602. Time reserved: Fifteen (15) minutes.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of December, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2012\12-cv-91 reopen 15.docx